# CRIMINAL MINUTES

**DATE:** AUGUST 13, 2008             **JUDGE:** BENSON EVERETT LEGG

**TIME:** 11:00 - 11:30               **REPORTER/FTR:** M. GIORDANO

**AUSA:** JOHN PURCELL                **INTERPRETER:**

**DEFENDANT'S NAME:** TARIQ FRANCIS

☒ Present    ☐ Not Present    ☒ Custody    ☐ Not Custody

**CASE NUMBER:** BEL-01-cr-053

**DFDT'S AGE:**                       **YEAR OF BIRTH:**

**DEFENSE COUNSEL:** GARY CHRISTOPHER

☒ Federal Defender    ☐ CJA    ☐ Retained

**PRETRIAL/PROBATION OFFICER:** CAROL GAGEN

☐ Initial Appearance              ☒ Revocation of **Probation/Supervised Release**
☐ Arraignment                     ☐ Waiver of Indictment
☐ Rearraignments                  ☐ Guideline Sentencing
☐ Pre Trial Conference            ☐ Sentencing Hearing- contested
☐ Appeal of Magistrate Ruling     ☐ Indictment/Information
☐ Status Conference               ☐ (   ) Superseding Indictment/Information
☐ Other Evidentiary Hearing Contested   TYPE OF HEARING _____

Defendant arraigned and plead "NOT GUILTY" as to Count(s) _____

Defendant **arraigned/re-arraigned** and plead GUILTY as to Count(s) _____, NOT GUILTY as to Count(s) _____ which was/were accepted by the Court.

**Sentencing Date:**

**REMARKS: Hearing held before Judge Legg on alleged violation of conditions of supervised release; defendant admitted to violating conditions of supervised release Oral Order Judge Legg Revoking Supervised Release and Judgment entered.**

☒ Defendant advised of Right of Appeal.
☐ Order signed setting bail.
☐ Defendant continued on Personal Recognizance/Bail.

**Deputy Clerk:** G. PRESTON-BANKS