Case 1:01-cr-00053-BEL    Document 29-2    Filed 08/18/2008    Page 1 of 1

U.S. DISTRICT COURT (Rev. 2/2005) Sheet 1 - Judgment in a Criminal Case for Revocations with Supervised Release    Judgment Page 1 of 2

GGPB

# United States District Court
## District of Maryland



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 AUG 18 P 12:30

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

TARIQ FRANCIS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** with Supervised Release)
(For Offenses Committed On or After November 1, 1987)
Case Number: BEL-01-cr-053
USM Number:
Defendant's Attorney: Gary W. Christopher, AFPD
Assistant U.S. Attorney: John Purcell

**THE DEFENDANT:**

☑ admitted guilt to violation of conditions(s) Statutory Condition and Standard Conditions #11 and 12 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Statutory Condition | That the defendant shall not commit any federal, state or local crime. | February 17, 2008 |
| Standard Condition #11 | That the defendant shall notify the probation officer within 72 hours of being arrested or questioned by law enforcement officer. | February 17, 2008 |
| Standard Condition #12 | That the defendant notify the probation officer within 72 hours of being charged with any offense, including a traffic offense. | February 17, 2008 |

The defendant is adjudged guilty of the violation(s) listed above and sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by U.S. v. Booker, 125 S. Ct. 738 (2005).

☑ Supervised release is revoked.
☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 13, 2008
Date of Imposition of Judgment

Benson Everett Legg        Aug. 18, 2008
CHIEF, UNITED STATES DISTRICT JUDGE        Date

Name of Court Reporter:  M. Giordano